EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| *In re:* | |
|---|---|
| Yeilin M. Laboy Hernández | 2022 TSPR 50 209 DPR _____ |

Número del Caso:  TS-16,551


Fecha:  22 de abril de 2022


Abogada de la parte peticionaria:

    Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía y la notaría.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                    |              |
|---------------------------|--------------|
| Yeilin M. Laboy Hernández | TS-16,551    |

RESOLUCIÓN

En San Juan, Puerto Rico, a 22 de abril de 2022.

Examinada la *Moción de Reconsideración ante Cumplimiento y Sometiendo Evidencia y Solicitando Reinstalación*, se reinstala a la Sra. Yeilin M. Laboy Hernández al ejercicio de la abogacía y la notaría.

Se le apercibe a la señora Laboy Hernández que en lo sucesivo deberá dar fiel cumplimiento a los deberes impuestos por el Código de Ética Profesional, 4 LPRA Ap. IX, así como atender diligentemente los señalamientos y requerimientos de este Tribunal y del Programa de Educación Jurídica Continua (PEJC).

Se deja sin efecto la incautación de la obra notarial y el sello de la Lcda. Yeilin M. Laboy Hernández.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo